IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIAN M. AQUINO,<br><br>    Plaintiff,<br><br>  v.<br><br>GODWIN VGWUEZE,<br><br>    Defendant. | NO. 1:10-cv-00584-AWI-MJS-PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS<br><br>(Doc. 5) |

  Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for voluntary dismissal of this acion.

  This action was initiated by civil complaint filed by Plaintiff on April 5, 2010. On April 12, 2010, Plaintiff filed a document titled as a Notice of Voluntary Dismissal. In his notice, Plaintiff indicates that he "wishes the court to please dismiss the following case #, 1:10-cv-00584-MJS." Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff may dismiss his action on his own motion, so long as a responsive pleading has not been filed. There has been no service of process and Defendant has not entered an appearance.

//
//
//

1    Accordingly, IT IS HEREBY ORDERED that this action is dismissed, without prejudice,
2 on Plaintiff's request.  The Clerk is directed to close this case.

4 IT IS SO ORDERED.

5 **Dated:   June 14, 2010**                              /s/ Anthony W. Ishii
                                                    CHIEF UNITED STATES DISTRICT JUDGE

2