# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DORIAN M. AQUINO, | | |
| | Plaintiff, | CASE NO.   1:10-cv-584-AWI-MJS (PC) |
| v. | | |
| GODWIN VGWUEZE, | | ORDER DENYING MOTION TO REOPEN CASE |
| | Defendant. | (Doc. 10) |

Plaintiff Dorian M. Aquino ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 12, 2010, Plaintiff filed a "Motion for Court to dismiss case no: 1:10-cv-00584-MJS (PC)" which stated: "Dorian M. Aquino (Plaintiff) wishes the Court to please dismiss the following case #, 1:10-cv-00584-MJS". (Doc. 5.) In reliance on that document, the Court ordered that the case be closed and Plaintiff's claims be dismissed without prejudice. (Doc. 7.)

Plaintiff has now filed a document entitled "Motion to Re-Open case # 1:10-cv-00584-AWI-MJS-(PC)" (Doc. 10) in which he alleges that he did not file a motion to dismiss and asks the Court to reopen the matter. However, because no other party had yet appeared in this action, Plaintiff's filing of the Motion to Dismiss itself had the effect of closing the action. Duke Energy Trading and Marketing, L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001). Accordingly, the Court no longer has jurisdiction over his claim. Id. Moreover, the Court has reviewed the documents in this case and finds that the hand-writing and signature on the Motion to Dismiss matches other documents filed in this case.

| | |
|---|---|
| 1 | Having considered the above, Plaintiff's Motion to Reopen (Doc. 10) is DENIED. The Court |
| 2 | notes that Plaintiff's claims were dismissed without prejudice and, therefore, Plaintiff is free to refile |
| 3 | his claims in another action. |
| 4 | |
| 5 | IT IS SO ORDERED. |
| 6 | |
| 7 | Dated:   June 28, 2010                                                          /s/ signature |
| | CHIEF UNITED STATES DISTRICT JUDGE |