# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIAN M. AQUINO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GODWIN VGWUEZE,<br><br>　　　　　Defendants.<br>_____ / | CASE NO.   1:10-cv-00584-AWI-MJS (PC)<br><br>CLARIFICATION REGARDING PLAINTIFF'S MOTION REQUESTING CORRECT CASE NUMBER<br><br>(ECF No. 9) |

Plaintiff Dorian M. Aquino ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 27, 2008, Plaintiff filed <u>Aquino v. Ugwveze</u>.  That case was given the case number 1:08-cv-01639-AWI-SKO.  The case is ongoing with the assigned Magistrate Judge "SKO".

Then, on April 5, 2010, Plaintiff filed another case entitled <u>Aquino v. Vgwueze</u>.  That case was given the case number 1:10-cv-00584-AWI-MJS.  On June 15, 2010, this latter case was dismissed without prejudice pursuant to Plaintiff's request; the case was closed.  (ECF No. 5 & 7.)  Plaintiff then filed a motion to reopen case 1:10-cv-00584-AWI-MJS,

claiming that he did not file a motion to dismiss. (ECF No. 10.) The Court denied this motion; in doing so, it noted that since the case had been dismissed without prejudice, Plaintiff could initiate another action asserting the same claims. (ECF No. 11.)

Plaintiff has now filed a "Motion Regarding Correct Case Number." (ECF No. 9.) In it he states that he received the reassignment of this case from Magistrate Judge Seng to District Judge Ishii and Magistrate Judge Seng with a new case number of 1:10-cv-00584-AWI-MJS (PC). He then states that he received an order regarding motions with the case number of 1:08-cv-01639-AWI-SKO (PC).

Plaintiff is asking which case number is correct for the case titled Aquino v. Vgwveze. In response, the Court advises Plaintiff as follows:

Case number **1:10-cv-00584-AWI-MJS is closed**. Nothing more should be filed under that case number.

The action with the case number **1:08-cv-01639-AWI-SKO is the only ongoing case**. Plaintiff may continue to file appropriate pleadings relating to that action under that case number.

IT IS SO ORDERED.

Dated: December 22, 2010         /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE